## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

Filed __11/29/2004__

Clerk, U. S. District Court
Western District of Texas

By _____
Deputy

UNITED STATES OF AMERICA,    }

v.    }
    }
    }
JIMMY ZAVALA (2)    }    Cause No. SA-04-CR-606-(2)-XR

### WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND
### ENTRY OF PLEA OF NOT GUILTY
### WAIVER OF MINIMUM TIME TO TRIAL

NOW COMES Defendant in the above-referenced case who, along with his undersigned attorney, hereby acknowledges the following

1)    Defendant has received a copy of the Indictment, Information or Complaint in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalites applicable thereto, and his Constitutional rights, after being advised of all the above by his attorney.

2)    Defendant understands he has the right to appear personally with his attorney before a Judge for Arraignment in open Court on this accusation. Defendant further understands that, absent the present waiver, he will be so arraigned in open Court.

Defendant, having conferred with his attorney in this regard, hereby waives personal appearance with his attorney at the arraignment of this case and the reading of the Indictment or Information, and by this instrument, tenders his plea of "not guilty". The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes.

**I UNDERSTAND, UNLESS OTHERWISE ORDERED BY THE COURT, I MUST FILE ANY PRETRIAL MOTION (CITING LEGAL AUTHORITY UPON WHICH I RELY AND A PROPOSED ORDER) WITHIN 10 DAYS AFTER ARRAIGNMENT, OR, IF I HAVE WAIVED ARRAIGNMENT, WITHIN 10 DAYS AFTER THE LATEST SCHEDULED ARRAIGNMENT DATE. SEE LOCAL RULES CR-12 AND CR-47.**

Date: _11-28-04_

_Blas H Delgado_
Name of Attorney for Defendant

Telephone: _512-2274186_

_Jimmy Zavala_
Defendant

_[signature]_
Signature of Attorney for Defendant

Address: _112 Villita_
_SAN ANTONIO TX 78205_

### ORDER

APPROVED BY THE Court. A plea of "Not Guilty" is entered for Defendant effective this date.

Date: _11/29/2004_

_John W. Simmons_
~~District Judge~~/Magistrate Judge

ALL WAIVER FORMS MUST BE FILED IN THE CLERK'S OFFICE NO LATER THAN 9:00 A.M. OF THE SCHEDULED DATE OF ARRAIGNMENT. IF A WAIVER FORM IS NOT SUBMITTED OR THE COURTROOM DEPUTY NOT NOTIFIED OF THE DEFENDANT'S INTENT TO WAIVE THE ARRAIGNMENT BY 9:00 A.M. (WITH WAIVER FORM SUBMITTED BY CLOSE OF BUSINESS THE DAY OF THE SCHEDULED ARRAIGNMENT), THE PARTIES MUST APPEAR FOR THE ARRAIGNMENT AS SCHEDULED.

24