UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

FILED

JAN 1 1 2005

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JIMMY ZAVALA (2),

     Defendant.

SA-04-CR- 606 XR

## ORDER

On this date the Court considered the Government's Motion to Transfer. The Government's motion is GRANTED. Accordingly,

IT IS HEREBY ORDERED that the Defendant, Jimmy Zavala, shall have his case transferred from the Court's docket to the docket of the Honorable Orlando Garcia.

SIGNED AND ENTERED this 11th day of January , 2005.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

3

A1