FILED

MAR - 1 2005

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. SA-04-CR-606-OG |
| | § | |
| JIMMY ZAVALA, | § | |
| Defendant. | § | |

## O R D E R

The motion to withdraw filed on February 18, 2005 by attorney Blas Delgado is DENIED

as moot. Delgado was removed on February 1 and a new attorney was substituted.

SIGNED this _/_ day of _March_, 2005.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE