UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) **Cause No:** SA-04-CR-606-~~XR~~ OG |
| | ) | |
| JIMMY ZAVALA (2), | ) Filed 8|19|2005  ☒ 11:31 a.m |
| | ) Clerk, U. S. District Court |
| | ) Western District of Texas |
| **Defendant.** | ) By _____ Deputy |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court

endorsed hereon, the United States Attorney for the Western District of Texas hereby dismisses

without prejudice the Indictment filed against Defendant **JIMMY ZAVALA** for the following

reason:  Defendant was assessed a life sentence in cause number SA-04-CR-425 (2).  Further

prosecution is not warranted in this cause.  Therefore, in the interest of justice in this case the

Indictment is dismissed without prejudice.

Respectfully submitted,

JOHNNY SUTTON
United States Attorney


By:    _____
JOEY CONTRERAS
Assistant United States Attorney


Leave of court is granted for the filing of the foregoing dismissal.

Date: 8-19-2005.

_____
~~XAVIER RODRIGUEZ~~ *Or /mndo Garcia*
UNITED STATES DISTRICT JUDGE

